UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William Ray
_____

(In the space above enter the full name(s) of the plaintiff(s).)

**16CV6483**

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓ No ___
(check one)

v.

Defendant No. 1  New York City
Defendant No. 2  New York City Police Department
Defendant No. 3  New York County District Attorney's office
Defendant No. 4  Carravas Pizza Shop
Defendant No. 5  Cyrus B. Vance

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  William Ray
            ID #  16A2437
            Current Institution  Downstate Corr Facility
            Address  Downstate Correctional Facility
            PO Box F  Fishkill New York  12524-0445

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1   Name **New York City**   Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 2   Name **NYPD**   Shield # _____
                  Where Currently Employed _____
                  Address **1 Police Plaza New York, NY**

Defendant No. 3   Name **New York County District Attorney's office**   Shield # _____
                  Where Currently Employed _____
                  Address **One Hogen Place NY New York**

Defendant No. 4   Name **Carravas Pizza Shop**   Shield # _____
                  Where Currently Employed _____
                  Address **7th Avenue & Christopher St New York City NY**

Defendant No. 5   Name **Cyrus B Vance**   Shield # _____
                  Where Currently Employed **NY County DA's office**
                  Address **One Hogen Place New York, NY**

## II.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?   **N/A**

B.   Where in the institution did the events giving rise to your claim(s) occur?   **N/A**

C.   What date and approximate time did the events giving rise to your claim(s) occur?   **July 20th 07 2014**

2

D. Facts: On or about July 20, 2014 I was arrested in relation to the theft of a womans wallet from her pocketbook at Caravas Pizza Shop (located at 7th Ave an Christopher St. in New York, N.Y.). The surveillance footage from this location clearly showed me on the opposite end of this establishment from the victim and her belongings. The entire (cont→) duration of the footage never shows me in her vicinity close enough to have committed the theft. This fact notwithstanding, the New York Police Department investigators still felt a need to charge me with this crime; Caravas Pizza Shop felt a need to press charges; and the New York County District Attorneys Office felt a need to prosecute to the fullest extent of the law. Because of this crime for which I was exonerated at trial I lost my apartment, a job I was being considered for, was deprived of my liberty, my name was slandered, I was subjected to punishment in violation of my rights guaranteed to me by the United States Constitution 5th & 14th Ammendments.

*(Sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?)*

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Deprivation of Liberty, Deprivation of the pursuit of Happiness, verbal Slander, False imprisonment, loss of employment, loss of domicile

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____ N/A _____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

    Yes ____  No ✓  Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

    Yes ____  No ✓  Do Not Know ____

If YES, which claim(s)? _____

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose <u>not</u> cover some of your claim(s)?

    Yes ____  No ✓  Do Not Know ____

If YES, which claim(s)? _____

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

    Yes ____  No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

    Yes ____  No ✓

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____ N/A _____

    1. Which claim(s) in this complaint did you grieve? _____ N/A _____

    2. What was the result, if any? _____ N/A _____

    3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process: _____ N/A _____

G. If you did not file a grievance, did you inform any officials of your claim(s)?

Yes _____ No __✓__

1. If YES, whom did you inform and when did you inform them? __N/A__

2. If NO, why not? __N/A__

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**
State what you want the court to do for you. _____

$2,000,000.00 For False imprisonment
$2,000,000.00 For deprivation of Liberty and Happiness
$2,000,000.00 For Verbel Slander
$2,000,000.00 For Unlawful punishment
$20,000,000.00 For punitive damages for malicious proselction

Total Relief Sought

$25,000,000.00

VI. **Previous lawsuits:**

<p style="margin-left: 0;">On these claims</p>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓

5

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff _____
Defendants _____ N/A
2. Court (if federal court, name the district; if state court, name the county) _____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____
_____

**On other claims**

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____ No ✓

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff _____
Defendants _____
2. Court (if federal court, name the district; if state court, name the county) _____
_____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____ N/A
5. Approximate date of filing lawsuit: _____
6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

Signed this 5 day of August, 2016. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff: William Ray
Inmate Number: 16A 2437
Mailing address: Downstate Corr. Fac
PO Box F Fishkill
New York, N.Y. 12524-0445

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 5th day of August, 20__, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: William Ray

William Ray 16A2437
Downstate Correctional Facility
Po Box F Fishkill New York
12524-0445



RECEIVED
SDNY PRO SE CORRECTIONAL
FACILITY
2016 AUG 16 AM 10: 00



United States District
Southern District of New York
500 Pearl Street Room
New York New York 1000